COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:       In re O.O. and A.G., Relators

Appellate case number:     01-15-00430-CV

Trial court case number:   2015-02330J

Trial court:               314th Juvenile District Court of Harris County

On May 7, 2015, relators, O.O. and A.G., filed a petition for a writ of mandamus seeking to vacate the respondent trial court's April 28, 2015 temporary order following adversary hearing. This temporary order appointed the real party in interest, Department of Family and Protective Services ("DFPS"), as temporary managing conservator of the relators' child, A.G., and limited relators' access to and possession of the child to twice a week in the above-referenced trial cause number in a suit affecting the parent-child relationship. Also on May 7, 2015, relators filed an emergency motion for a stay of all trial court orders affecting custody and access to the child, A.G., until this Court resolves their petition for a writ of mandamus.

Accordingly, we grant the motion, in part, and **ORDER** that the portion of the trial court's April 28, 2015 temporary order, to the extent that it limits relators' visitation with and access to the child, A.G., is **stayed**. *See* TEX. R. APP. P. 52.10(b). This stay is effective until the mandamus petition is finally decided or this Court otherwise orders the stay lifted. *See id.* Any party may move for reconsideration of the stay. *See id.* at 52.10(c).

Further, the Court requests a response to the petition for writ of mandamus by the real party in interest DFPS. *See* TEX. R. APP. P. 52.8(b)(1). The response, if any, shall be filed **within 7 days from the date of this order**. *See* TEX. R. APP. P. 2, 52.4.

It is so ORDERED.

Judge's signature: /s/ Evelyn Keyes

           x  Acting individually     ☐  Acting for the Court

Date: May 8, 2015